by Charles Belling, Jr., against Arthur E. Roberts, impleaded, etc. No opinion. Judgment affirmed, with costs.

BERNSTEIN, Respondent, v. PUNDT, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Barbara Bernstein against Charles F. Pundt. Judgment for plaintiff, and defendant appeals. Affirmed. Hyman Levy, for appellant. Levy & Bachrach, for respondent.

PER CURIAM. Judgment affirmed, with costs.

BERRINGER, Appellant, v. NEW YORK STEAM CO., Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by John Berringer against the New York Steam Company. W. Carmalt, for appellant. J. V. Bouvier, for respondent. No opinion. Judgment and order affirmed, with costs.

BERRY, Respondent, v. ATLANTIC STORAGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1900.) Action by Michael Berry against the Atlantic Storage Company. No opinion. Motion for reargument, or for leave to appeal to the court of appeals, denied. Proceedings to enforce judgment stayed for 10 days. See 64 N. Y. Supp. 292.

BIELENBERG, Respondent, v. FURBER, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1900.) Action by Henry Bielenberg against Lena Furber. No opinion. Judgment affirmed on argument, with costs.

BINGHAM et al., Respondents, v. HARRISON, Appellant. (Supreme Court, Appellate Division, First Department. June 8, 1900.) Action by W. A. Bingham & Co. against Edwin M. Harrison. H. M. Lloyd, for appellant. A. F. Hagar, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

In re BLACKWELL et al. (Supreme Court, Appellate Division, First Department. June 22, 1900.) In the matter of Francis O. Blackwell and others as directors. C. E. Hughes, for directors. H. Aaron, opposed. No opinion. Order affirmed, with $10 costs and disbursements. See 62 N. Y. Supp. 1132; 63 N. Y. Supp. 1105.

BLAKELY–NELLIS, Respondent, v. RAU, Appellant. (Supreme Court, Appellate Term. June 28, 1900.) Action by Eudora H. Blakely-Nellis against Alfred M. Rau. From a judgment in favor of plaintiff, defendant appeals. Affirmed. Greenhall & Levy, for appellant. L. & A. U. Linke, for respondent.

PER CURIAM. Judgment modified, so as to be for $310.17, and, as modified, affirmed, without costs.

BLOCK, Respondent, v. WOOLENS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 22, 1900.) Action by Anna Block against Jacob Woolens and others.

PER CURIAM. Judgment affirmed, with costs. All concur, except McLENNAN, J., who dissents upon the ground that the evidence clearly establishes that the tender of the full amount due upon the mortgage was made before the commencement of the action.

BORRILL, Appellant, v. BARTON, Respondent. (Supreme Court, Appellate Term. July 25, 1900.) Action by Albert Borrill against Minnie Barton. Judgment for defendant, and plaintiff appeals. Reversed. William Henry Knox, for appellant. G. A. C. Barnett, for respondent.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

SCOTT, J, not voting.

BRIM, Appellant, v. STEVENS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 29, 1900.) Action by Harry E. Brim against Frank N. Stevens. No opinion. Judgment affirmed, with costs.

BROADWAY, Respondent, v. BARNABY MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 9, 1900.) Action by Alexander H. Broadway against the Barnaby Manufacturing Company. No opinion. Order modified, so as to limit the time for the examination to a period of one month, instead of six months, and order, as modified, affirmed, without costs to either party.

BRUID, Respondent, v. McVICKAR et al., Appellants. (Supreme Court, Appellate Term. June 13, 1900.) Action by Allie Bruid against Henry W. McVickar and another. Judgment for plaintiff, and defendants appeal. Reversed. Kellogg, Rose & Smith, for appellants. Noah & Seeley, for respondent.

PER CURIAM. The record shows that the plaintiff knew that the defendants were acting as agents for the landlord. Her cause of action with respect to the money paid by her, if she has any, is therefore against the landlord, and not against the defendants. Cooper v. Tim, 16 Misc. Rep. 372, 38 N. Y. Supp. 67. It follows that the judgment must be reversed. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

BUCHANAN, Appellant, v. MILLER, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1900.) Action by Marcella Buchanan against Isaac N. Miller. S. Hanford, for appellant. A. Furber, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BUCKLEY, Appellant, v. GOODRICH, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1900.) Action by William T. Buckley against David H.